SELMA C. ANDERSON, Appellant, v. CHRIST CHURCH OF BAYRIDGE and Another, Respondents.—As plaintiff was ascending the steps of the rectory of the defendant church she was struck by the outward swing of the rectory door and injured. The door had been swung outward by her son, who was coming out. Upon the trial the complaint was dismissed upon the pleadings and the opening of her counsel. The appeal is from the order of dismissal and from the judgment entered thereon. Order and judgment reversed on the law and a new trial granted, costs to appellant to abide the event. The court is of the opinion that there should be a trial of this action so that the facts may be fully developed. Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ., concur.

EDNA BERGER, Respondent, v. BERNARD N. ROSENBLATT, Appellant.— In an action to recover for personal injuries arising out of an automobile collision, caused by negligence, judgment for plaintiff and order denying defendant's motion to set aside the verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

REGINA N. BRESSLER and Another, Respondents, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.—Action by wife to recover for personal injuries sustained through the alleged negligence of defendant when she was a passenger on one of its cars, and by her husband to recover for expenses and loss of services. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

THE BREVOORT SAVINGS BANK OF BROOKLYN, Appellant, v. VINCENT SCALA and Others, Defendants; SOCIETA TORQUATO TASSA DI MUTUO SOCCORSO (Also Known as SOCIETY TORQUATO TASSO OF MUTUAL AID), Respondent. (Action No. 1.) THE BREVOORT SAVINGS BANK OF BROOKLYN, Appellant, v. VINCENT SCALA and Others, Defendants; SOCIETA TORQUATO TASSA DI MUTUO SOCCORSO (Also Known as SOCIETY TORQUATO TASSO OF MUTUAL AID), Respondent. (Action No. 2.) — Appeal from judgment of foreclosure and sale involving the priority of plaintiff's mortgages and a mortgage held by one of the defendants. Judgment unanimously affirmed, with costs. No opinion. Conclusions of law numbered 2 and 3 are reversed. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

KATHRYN BRORSTROM, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.—Action under a group policy and certificate of insurance providing for double indemnity if the insured's death be caused solely by accidental means. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.